RALPH JONES v. STATE.

No. A-937.   Opinion Filed November 21, 1911.

Appeal from Superior Court, Muskogee County; ·

Farrar L. McCain, Judge.

Ralph Jones was convicted of a violation of the prohibition law, and appeals.   Appeal dismissed.

Geo. Wheatley, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Ralph Jones, was convicted of a violation of the prohibition law, and on the 30th day of June, 1910, was sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days.   The petition in error and case-made were not filed in this court until the 29th day of October, 1910, more than one hundred and twenty days from the date the judgment was rendered.   The Attorney General has filed a motion to dismiss the appeal for the reason that the appeal was not perfected in this court within the time allowed by law.   The motion is sustained, and the appeal accordingly dismissed.

---

W. L. McNATT v. STATE.

No. A-951.   Opinion Filed November 21, 1911.

Appeal from Osage County Court; C. T. Bennett, Judge.

W. L. McNatt was convicted of a violation of the prohibition law, and appeals.   Appeal dismissed.

Hargis, Sams & Hargis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, W. L. McNatt, was convicted of a violation of the prohibition law, and on the 23rd day of May, 1910, was sentenced to pay a fine of one hundred dollars and be confined in the county jail thirty days.   The petition in error and case-made were not filed in this court until the 23rd day of November, 1910, and the Attorney General, therefore, has filed a motion to dismiss the appeal for the reason that it was not perfected within the time allowed by law. The motion is sustained, and the appeal accordingly dismissed.